Sharon Maynard, OSB# 925843
BENNETT, HARTMAN, MORRIS & KAPLAN
210 SW Morrison Street, Suite 500
Portland, Oregon 97204
Phone: (503) 227-4600/FAX: (503) 248-6800
e-mail: maynards@bennetthartman.com
    Attorney for Plaintiff

UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

**ISAAC BALES,**

    Plaintiff,

v.

**CAROLYN COLVIN,**
Acting Commissioner, Social Security
Administration,

    Defendant.

Civil. No. 3:13-cv-2280-PK

ORDER

Based upon the stipulation of the parties, it is hereby ORDERED that: attorney fees in the amount of $7,146.26 and expenses in the amount of $29.61, pursuant to 28 U.S.C § 2412, and costs in the amount of $403.76, pursuant to 28 U.S.C § 1920, be awarded to Plaintiff for a total of $7,579.63. The check will be made payable to and mailed to Plaintiff's attorney unless Plaintiff owes a debt that is subject to recovery under the Treasury Offset.

DATED: 14th day of July, 2015

_____
UNITED STATES MAGISTRATE JUDGE

Submitted by:
/s/ Sharon Maynard
SHARON MAYNARD, OSB #925843
Attorney for Plaintiff

Page 1 - ORDER - EAJA FEES – I. BALES